IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,          )
                                   )          Case No: 5:24-cv-00138
         Plaintiff,                )
                                   )
         v.                        )
                                   )
JAMES A. REEVES,                   )
                                   )
         Defendant                 )
                                   )
_____    )

MOTION TO DISMISS and PRAYER FOR RELIEF

Whereas there are no facts in the record to support the presumption that Title 26 applies to me;

Whereas this action is outside the statue of limitations per 26 USC § 6531;

It is my wish that this case be dismissed, the record expunged, and the defendant be compensated for this aggravation in the amount of three times the amount demanded by the plaintiff or whatever the court deems appropriate.

Respectfully Submitted,

                              James A. Reeves

                    By:       _Jam A Reeves_
                              James A Reeves
                              pro per
                              83 Walton Way
                              Juliette, Ga 31046
                              jim@ev-soft.net
                              478-471-6644