IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:24-cv-138 (MTT) |
| | ) |
| JAMES A. REEVES, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Defendant James A. Reeves "objects to and moves to strike the Declaration of [IRS] Revenue Officer Susan Freeman as Freeman is not listed [in] the United States' Initial Disclosures or any subsequent disclosures." Docs. 12 at 2; 12-2. The United States responds that it disclosed its intention to rely on an IRS witness to explain the tax assessments and authenticate IRS records, even though it did not name Officer Freeman. Doc. 14. According to the United States, Freeman's testimony is consistent with its stated intention to rely on an IRS witness—Freeman's declaration is used to authenticate an IDRS transcript of an INTST-D, which reflects the amount owed by Reeves to the IRS as of January 14, 2025. Docs. 8-4; 14. However, to ensure that the nondisclosure does not prejudice Reeves, who is proceeding pro se, Reeves may, if he wishes, seek additional discovery concerning Revenue Officer Freeman within fourteen days of the entry of this order, and if necessary, file an additional response to the United States' motion for summary judgment no later than June 23, 2025. To the extent Reeves moves to strike Officer Freeman's declaration, the motion is **DENIED**.

2

**SO ORDERED**, this 23rd day of May, 2025.

                                                <u>S/ Marc T. Treadwell</u>
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT