IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-138 (MTT) |
| | * |
| JAMES A. REEVES, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated July 17, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $275,289.58, with additional statutory fees and penalties continuing to accrue.

This 17th day of July, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk